# Exhibit 3-

## Character Letters

*United States of America v. Thomas Moir*,
Criminal No. 1:19-cr-00211-JDB-1

# Exhibit 3-A
## Letter from Lorraine Moir

August 22, 2019

The Honorable John D. Bates
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington DC 20001

Dear Sir:

I imagine over your career you have read your fair share of letters on behalf of men and women who stand before you awaiting their sentence. I find I feel in a strange competition to stand out from them – a bit like a college admission applicant – on behalf of my son, Thomas Moir.

The instructions from Tom's attorney for composing the content of this letter really were of limited help for a parent, in this case his mother. It was suggested to tell you a little about my 70 year old self. Suffice it to say my life was a sob story before I married at age 28 and then it seemed what I considered pretty normal and happy. Tom was wanted and was born when I was 32 and raised in a small town close to where his parents were born and raised in South Jersey. My husband is now a retired, college-educated, union ironworker. I am a retired nurse, then anesthetist and became a director of a Nurse Anesthesia Program before "semi-retiring" at an Out-Patient Surgery Facility. My husband and I considered our child-rearing years to be fairly easy compared to stories we heard. Tom wasn't difficult or defiant as a youngster; he actually asked permission to get out of bed his first wake up in a "big-boy" bed – his dad and I smiled at each other at how lucky we were – wouldn't you? And that's how it went: middle school years on soccer and baseball, track and basketball teams; serving as an altar boy; and "telling" on himself if he broke any rules.

2.

High school was football, being chosen as captain and being awarded "the Morrell" for character and sportsmanship on the field. He played in a band and instead of wanting a sporty cool car he chose an old station wagon to help transport instruments. He had a part time job, great grades, a National Merit Scholarship, and entry into the college of his choice - Macalester in St Paul, MN. His paternal grandmother was in hospice in our home and died when Tom was a Junior. He wrote such a heartfelt poem to her since she had shared her love of "all things ocean" with him. What type of teenage boy does that?

Tom really blossomed in college, feeling so comfortable there. He found good friends, played Club Rugby (nickname - Sober Guy) and held down a campus office job for his scholarship. One year he shared a house with 3 girls and I was so happy that the girls trusted him in that way and said they could talk to him and he'd listen. Tom was a Classics Major (+ Philosophy Minor) and spent 2 summer periods on digs in Israel and Greece and one full semester in Greece. It was then that he surprised us with the news that he wanted to go to law school. Apparently he had been inspired by a guest speaker from the US Embassey and not by his paternal police Captain grandfather nor a great aunt who "billed" in a large law firm and not by an uncle-in-law who was an Assistant Attorney General in a western State. At his college graduation, I was more proud of his campus job supervisor saying that Tom was the most conscientious and likeable student she ever had than his Magna cum Laude status.

So Tom took the LSATS and did well enough to be wait-listed at Columbia but fearful he would lose his "studying abilities", accepted a place at George Washington in DC. Again he made friendships and survived law school but accumulated student debt for the first time despite scholarship funding and parental help.

Law School graduation was the first time his name did not appear on any Honors listing. His girlfriend at the time was miffed that he didn't submit his Pro Bono hours for that recognition but Tom felt that it conflicts with the spirit of the work. What could we say to that?

Tom then clerked a year for now retired Judge James Salmon of Maryland's Court of Special Appeals. Again he was complimented on his dependability and conscientious research, writing skills and office decorum. At the end of the clerkship he joined a couple of GWU friends working within the DC government first for a Council Member then the Council and finally in the Mayor's purview. He was not happy with that last position, started looking elsewhere, was asked to stay undoubtedly because he was more than competent. Unfortunately, his crime is also a political nightmare and he was fired. He went from being "the go-to guy" to "the gone guy"; from being best friends to pariah overnight. That's really his true punishment and my heartache along with his greatest loss of being Daddy to ██████ now 4 years old.

Tom himself is now 38 years old. There are greys in his hair and its hard to believe how quickly those good years passed. When we learned of his crime I remember being totally aghast thinking "distribution" meant selling porn DVDs on the internet. And then further shocked and devastated that our son, our Tom engaged with like-minded people in such a heinous way. How could this be the same great Daddy, son and friend? Though we know he is no Jeffery Epstein, we recognize that dipping into that ooze of child porn extends its shadowy life and ruins the lives of children and that punishment is in order. That's your job, Your Honor. Mine is just to continue to love him and support him and believe he can redeem himself. Neither of us can want the other's job.

Thank you for reading this.

Sincerely,
Loraine Moir

# Exhibit 3-B
## Letter from Raymond Moir

August 21, 2019

The Honorable John D. Bates

United StatesDistrict Court

District of District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.   20001

Your Honor:

My name is Raymond Moir, the father of Thomas I. Moir whose child pornography distribution

case sentencing is due to come before you on October 9, 2019. I'd like to tell you a little about my son. He

was born in 1981 in a suburban town in southern New Jersey where he lived until he went off to college. He

was a good child and rarely gave my wife Lorraine and I any trouble. He did well while attending a catholic

grade school and went on to attend Camden Catholic High School. Tom played football (a captain of the

squad  during  his senior year) and had excellent grades. In his senior year he became a Merit Scholar  via

excellent SAT scores. Again, Tom went through high school with no major problems and got along well

with his classmates and graduated in 1999 with honors.

Tom attended Macalester College that fall in St. Paul, MN. Because of his love of archaeology, he

majored in Classics. During the four years that he went to Macalester he went on a school sponsored  "dig"

to northern Israel and another "dig"  near Corinth, Greece. His spent his junior spring in Athens, Greece as

part of an exchange program, which he enjoyed very much. Tom graduated from Macalester Magna Cum

Laude in the spring of 2003. Before graduation he surprised us in that he wanted to attend law school.

He applied to four law schools  and decided to attend George Washington University Law. He entered in

the fall of 2003. He did well in law school and seemed to take much interest in most of his courses. After 1L

he got a summer intern job with the DC Police working to establish a new social program.  Other than

holidays, we did not see much of Tom during law school, but he would always call us and keep us informed

as to how he was doing.  (and ask for spending money, of course).  Tom graduated in the spring of  2006

and passed the Maryland Bar that fall. After graduation Tom clerked for a Maryland Court of

SpecialAppeals 4th Appellate District judge (I am sorry, I cannot remember his name) and then he went to work for D.C. Councilwoman Mary Che in 2007 as a legal advisor and worked for her for several years. During this time, he and four friends rented a large house in the Mt. Pleasant area of D.C. He met the young lady who was renting the basement and in a few years they were married. Tom took a job as legal counsel for the D.C. Office of the Budget. He enjoyed this job and stayed with it for several years. 2015 saw the birth of our grandson ▮▮▮▮ Moir. Tom and his wife Molly, much as most young professional people in D.C., now were juggling jobs, child care, a mortgage for the row home they bought in the Brightwood, and their own relationship. They seemed to do a good job of this and Tom was always upbeat about life and seemed to be handling everything well. During this period, to pad his resume Tom decided to take the job of Chief of Staff for the Mayor's Office of Legal Counsel , a job he held until he was arrested and incarcerated in the spring of 2019.

During all this time Tom never got in any trouble; I don't believe he even had a traffic citation, other than a misdemeanor in Virginia for using a motor on a Va. lake. Though the motor was not his, he accepted responsibility for it to protect his his friend who was in the country employed through a work visa. Tom was a loving and caring father. Tom did have counseling off and on to help him cope with everything , but seemed to be upbeat. He was a good son, husband , and father and we were proud of him; at least until this summer when we found out he was being charged . We of course were devastated. He betrayed himself, his family , and most of all, his son. How could anyone as smart as he is do anything so stupid? He decided not to contest the charges and wants to move on from this, however long it takes. I am still very angry with him, but he is my son and I still love him. I can only ask your honor for any kind of leniency you can afford him. Tom's mother, Lorraine and I are seventy years old and would like to see him hopefully begin a new worthwhile and useful life if possible.

Thank you for your time your honor.

Yours:

Raymond L. Moir

*Raymond L Moir*

# Exhibit 3-C
## Letter from Jeffrey Kappin

Dear Honorable John D. Bates,

I am writing on behalf of my friend Tom Moir, and given what he has admitted to, the fact that I am writing this letter at all should say a lot about the man I have considered a dear friend for over two decades. I know Tom well and I know he is deeply remorseful. He has told me through his letters as much and he knows he will have to fight hard to earn back the trust of the people around him.

Tom and I met in the mid-90's through a mutual friend. Tom went to a Catholic High school. I went to public school. I knew we were going to be friends right away when we both discovered our favorite SNL cast member was a fairly obscure member from the early days, Tim Kazurinsky. We have played in bands together throughout the years. Tom either played drums or guitar and we have spent countless hours in basements and my first apartment playing. Tom grew up going to the Jersey shore where he loved to fish. After we became friends, I introduced him to surfing. He has never really mastered it but to his credit, has soldiered on with me for years. He even came surfing in the snow with me one New Year's Day.

Tom is an honest man and hard worker. When I was renovating my first house, he helped me carry an old cast iron bathtub that felt like it weighed as much as a small car down a steep, narrow flight of row house stairs. Later that summer we repaired the concrete back patio in the hot sun. He was there for me when I had cancer. He would come up from Washington DC to visit. I loved that he was able to just be my friend without the well-meaning but often undesired "pity party" that often comes with serious illness. We have been there for each other through break-ups and marriages and I know that given the chance, Tom will do his best to right his wrongs.

Tom is one of the smartest people I know, and he has interests that are boundless. He loves sports. He played football and rugby in high school and college. He studied the classics as an undergrad and has gone on archeological digs in Greece. He went on to study law at George Washington University. At his graduation party, I quizzed him, just to be sure he really knew his stuff, by presenting him with a candy and asking him what it was. He correctly identified it as a Snickers bar. This was my version of a "Bar" exam, which he passed with flying colors.

Tom and I spent the most time together in high school. His humor was always sharp, but he wasn't always happy. In fact, Tom has struggled with depression, and for a time, I worried about him harming himself. He got help, and to my knowledge, never did try anything.

After college and Grad school, he met his wife Molly and he was the happiest I had ever seen him. He and Molly were a great couple. Their wedding was beautiful. I was honored to play guitar at the ceremony with another one of our best friends and former band mate.

A few years later Tom and Molly had their son ███ It was amazing to see Tom, a fairly introverted, macho doesn't wear his heart on his sleeve king of guy, become such a loving, doting father. That is what hurts most about all of this. Tom knows he has ruined his life and fears for how the consequences will affect his son. He wants to be a good dad. He wants to be

there for ███ He is hopeful that ███ is still young enough that even though Tom could miss many milestones in his early years, he will be able to make amends and be the father he wants to be.

I do not take writing this letter lightly.  I have two young daughters (now 5 and 2) which have brought laser like perspective as I have learned about what Tom has done. And on behalf of the children who were victimized, I hope anyone who took pleasure in their misfortune ends up where Tom is, behind bars. But I also believe people can mess up, pay their debt, and correct course. I believe Tom is one of those people.

Our friendship hasn't lasted this long because of the times he has given rides, or helped with my house, or paid for a meal. It has lasted because he is a good person who cares. He is a good man who has done something terribly wrong and has learned his lesson. I am sure that when Tom is released, he will fight to right his wrongs, and be the outstanding person I know him to be.

Regards,

Jeffrey Lappin

# Exhibit 3-D

## Letter from Daniel Moring

Dear Judge Bates:                                                        August 29, 2019

I write to beseech that you apply leniency and compassion in your sentencing of my dear friend, Thomas Ian Moir. I have known Tom for 20 years, since we started our undergraduate education at Macalester College in the fall of 1999. We have been fast friends since our first meeting; his intellect, curiosity, and compassion made a strong impression. I urge you to consider the totality of his past and person, and the depth of his contrition, as you render your judgment on his fate.

I have not only known but lived with Tom on three separate occasions: the school year of 2000-2001, and again in Washington, DC from 2009-2011. This proximity allowed me to gain a close understanding of and appreciation for Tom and his many exceptional personal attributes.

I had many challenges during my undergraduate years, and Tom provided me the intellectual and emotional support to face and overcome my insecurity and depression. He was always a kind and caring partner to listen, understand, and analyze my personal difficulties and help me chart a path forward.

This generous and earnest concern has surfaced again and again throughout our relationship. Tom has shown exceptional compassion and charity on numerous occasions. He extended his personal credibility to help me secure a job in Washington, DC in 2008—a move that affected the rest of my life. When we lived together in 2009 and I found myself unemployed, Tom generously shared resources and covered my share of household expenses as I reoriented my life and career. Beyond material support, he provided earnest and sincere advice and comfort—and continues to today as we exchange letters. Because of Tom's friendship, kindness, and support, I am the person I am today: an urban planner working on enhancing efficient, sustainability, and equity in the built environment.

Tom's generosity and concern is not limited to his personal circle. I have performed community service with him on numerous occasions, including clean ups of schools and natural areas.

I know that Tom is earnestly and profoundly regretful and contrite for his actions, and focused on repaying his debt to society. He is eager to repair the harm he has caused, and is so deeply affected by the consequences that he will never repeat such offenses. I personally pledge to do everything in my capacity to help him transition back to society after the sentence you decide.

Your compassionate judgment would inure benefits not just to Tom, but to his friends, family, and society at large. He has a young son that needs a connection to his father; any reduction in sentencing will provide invaluable time to heal deep wounds.

I thank you for the opportunity to share my experience as Tom's friend for so many years, and hope that you will consider this testimonial as you render your judgment.

Sincerely,

Daniel Seeley Moring

# Exhibit 3-E
## Letter from Warren Hindley

Dear Judge Bates:                                                    August 16th 2019

I write to provide you insight to the side of Tom that I know, in hopes it will inform your sentencing decision.  I moved to Washington, DC from the UK in early 2008 and I met Tom on a fishing trip; we quickly became good friends. I lived with him in 2009 until we both moved in with our significant others, and started families of our own.  Our families are good friends.

Tom is a humble person, not driven by money or materialism. He has a strong desire to be a productive member of society and a need to solve problems.  Late last year he explained he had the opportunity to move into lobbying with a substantial pay increase. After a short deliberation he ultimately decided against it, instead opting to remain a public servant. Many of his career frustrations were with not being able to help more.

He was always willing to put other people first. In July 2012, we purchased an inflatable boat and attached a small outboard motor to use on a  camping / fishing trip.   We naively forgot to register it, and were cited by the park police.  Without asking, Tom selflessly stepped forward and took responsibility for the challenge. .  Tom knew I wasn't a US Citizen and that any fine/ticket could jeopardize my immigration status.  I never asked and knew that it could possibly impact his job as a lawyer.

Tom knows he's committed a reprehensible crime and is deeply remorseful. He is ready to accept whatever sentence is passed. I know he will do his utmost to pay his debt to society at every opportunity over the coming years, both during incarceration and after his release. Hastening his release will allow him precious time to repair the damage to society at large, and to the people around him who continue to support him. I urge you to consider his character and capability beyond this crime, and be compassionate but just in your judgment.

Sincerely

*(signature)* ,

Warren Hindely
█████████████
████████████

# Exhibit 3-F
## Letter from Matthew Engle

The Honorable Judge John D. Bates
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

To The Honorable John D. Bates,

My name is Matthew Engle and I have known Thomas Moir for over 25 years. We grew up around the corner from each other in Haddon Township New Jersey. We first became acquainted through a mutual friend and over the course of a couple of years we began to spend a lot of time together. We would play music, eat Chinese food and sometimes go surfing in Long Beach Island or Ocean City New Jersey. We had a small but tightly knit group of friends. I went on to study music formally in Philadelphia and Tom moved to the midwest and majored in classic history. We continued to see each other during the holidays and summers. When Tom moved to Washington DC to study the law I would take the bus to visit him on some weekends and we would work on different musical projects together. We grew apart somewhat during the last 10 years, with Tom living and working in DC and me pursuing music in Philadelphia but we would continue to see each other when it was possible.

While growing up Tom got to know my family and my mother to this day expresses her fondness for him. Tom would come stay with my family while we were renting a house near the beach and my mother just recently was telling me about how he would always be exceedingly polite. She refers to Tom as her favorite friend of mine from adolescence. My wife is also a musician, and we played at Tom's wedding while he walked down the aisle. My wife and I became fast friends with his wife Molly, who is a wonderful person. The last few times I saw Tom and his family were when we met at a mutual friend's beach house in New Jersey. Tom has always displayed an abundance of careful thought and consideration for others. He was always a good and loyal friend to me, and would go out of his way to help me if I asked for it. I remember a time in high school when I was on a date with my girlfriend at the time and realized after we had eaten dinner that I didn't have any money in my wallet. I called Tom from a pay phone and he not only came to where we were and lent me money to pay, but also drove us both home. This kind of action is a regular characteristic of the Tom Moir that I know and love. But it was the times that I spent with him and his son that I really saw the best side of my friend. Watching him with his son ▉ I saw an abundance of patience and care. I would describe his boy as a creative, funny but challenging little guy. I saw Tom always treat his son so well, patiently showing him the right way and faithfully caring for him. The last time that I saw Tom was in November 2018. I was touring with a group of musicians and our last stop was in Washington DC. Tom came out to the performance and we had time to get food afterwords and have a good long conversation, something we hadn't been able to have one-on-one for many years. As Tom had done several times in the past, he invited me stay at his home in Washington DC. The next morning I got to see Tom once again with his son and was again impressed with his maturity and patience. Knowing Tom since early high school I have seen many phases of his life and he seemed to be doing a great job as a responsible adult and father. I was very happy for him and also proud of him.

I have communicated with Tom since his arrest in January and he has expressed his deep remorse for his actions. He has expressed to me his concerns for his aging parents and the pain of missing out in his son's life. He is extremely remorseful for what he is putting his wife through. I hope that Tom can find help for any issues that he is dealing with. I cannot understand what happened with him but I forgive him and only hope that he can give back now that he has taken so much from so many. I know that this is his intention at this point. I told him to find a way to use his education and all of his intellect to help others in prison if he can. I believe that the only way to find salvation after doing wrong is to find a way to balance it out somehow with good actions. Tom agrees with me on this point and I believe that he is sincere. The part that breaks my heart is the fact that the longer Tom spends in prison the more he is going to miss out on his son's life. I'm afraid this will damage his son and hurt him throughout the rest of his life. He is worried that his parents will not survive much longer and he desperately wants to care for them in their old age.

Sincerely,
Matthew Engle

# Exhibit 3-G
## Letter from Kelly O'Neill

August 14, 2019

Honorable John D. Bates
United States District Court
District of District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge John D. Bates,

My name is Kelly O'Neill and I am Molly Moir's sister and Thomas Moir's sister-in-law.  I have known Tom for the past ten years and was the officiant of Molly and Tom's wedding in 2013.

I have practiced as a public defender in Idaho for the past five years since graduating law school, and as the only attorney in my family; I was delighted when Tom joined the family as a fellow attorney to have someone to talk "shop" with around the dinner table.  Tom is a kind and supportive brother-in-law who has always been there to lend an ear to any issues I might be having.  In the summer of 2013, I was unsuccessful at my first attempt to pass the Idaho Bar Exam and it was devastating, to put it mildly.  Despite all the condolences and encouragement that I received from my family and friends, the note that Tom sent to me the September morning that bar exam results came out stands out more than anything else.

> *Dear Kelly,*
>
> *I just wanted to send you a note of encouragement and confidence.*
>
> *As you know, my comments over the past few weeks have been full of faith in your ability to thrive as an attorney. I continue to hold that belief.*
>
> *This isn't about your intelligence, your legal acumen, or your fitness to practice law; it's about one test. Based on everything I know about your work ethic, your character, and your abilities, I would strongly recommend you for any legal position. And I know that you would excel there. In my view, today doesn't change anything.*
>
> *I know that this is going to be nothing more than a small hiccup for you and that you continue to have a long and sterling legal career stretching out before you. If there is any counsel or advice that I can possibly offer, please know that I'm always ready to provide it. I want you to succeed, and I very much expect that you will achieve a tremendous amount of success.*
>
> *Keep your chin up and continue to believe in yourself.*
>
> *Best,*
> *Tom*

I successfully passed the Idaho Bar Exam in February 2014 and Tom was right there cheering me on. Since that time, he has helped me edit countless resumes, commiserate about law school horror stories, and encourage me to keep going after a particularly difficult jury trial.

Tom is an amazing and engaged father to my four-year-old nephew, ███ Only Tom is able to match ███'s passion for learning and knowledge about outer space and dinosaurs. Tom has passed his love of reading on to ███ and could be found every morning sitting next to ███ at the breakfast table reading a book aloud to him and encouraging ███ to eat his cereal. Tom is patient, empathetic, and energized in everything he does with ███ and it will be an extreme detriment to not have him present in ███'s day-to-day life.

Tom has taken full accountability for his wrongdoing and is guilt-ridden about how his choices have affected others. Yet in the face of his remorse, he is dedicated to bettering himself during his prison term and fully immersing himself in any programming that might be available to him. Additionally, I know that Tom has sincere ambitions to use his extensive educational background to serve others who are also incarcerated and has expressed great interest in becoming a G.E.D. tutor for his fellow inmates.

As a public defender, I constantly find myself frustrated with statutory mandatory minimums; however, I understand the legislative intent behind them for particular offenses, such as this one. I find myself in a unique and challenging position due to my job and personal relationship with Tom to come to terms with his actions. Tom is unlike so many of my clients in that he is extremely intelligent and comes from a privileged background of higher education with an impressive resume. While it is difficult to grapple with how someone so "smart" could do something so foolish, my career has shined light on the sobering reality that addiction and illness know no economical, educational, or cultural bounds. It is my hope that Tom takes this time to reflect on his own personal shortcomings and gain the tools necessary to conquer his addiction in a safe environment. I have no doubt that Tom will fully commit himself to this process so that he will be able to rejoin us as a productive member of society.

Sincerely,

Kelly O'Neill

# Exhibit 3-H
## Letter from Robert and Sally O'Neill

August 29, 2019

The Honorable John D. Bates
United States District Court
District of District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge Bates,

We are writing on behalf of our son-in-law, Tom Moir.

My husband and I live in Salt Lake City and have careers in the hospitality industry. We have two adult daughters (one is an executive for a nonprofit in Maryland married to Tom, and the other is a public defender in Boise, whose training ironically has helped us cope with this devastation) and a grandson.

We have known and loved Tom for the last nine years. The news of his crime is heart breaking to us and all family members, as this is not the Tom we know.

The Tom we know is a loving father to his four year old son, and husband to our daughter; a bright and hardworking attorney; a conscientious citizen who cares about the environment and society; a voracious reader; and an outdoorsman.  He has always been helpful and gracious from doing unsolicited favors, assisting with a legal advice, to asking for our daughter's hand in marriage.

The surreal void of losing Tom over the last eight months has been horrific for our family, his friends, and to everyone he knows.  We are all trying to comprehend the shocking news, and help our daughter and grandson, as well as Tom's parents, to find a way forward.

Tom realizes his behavior has caused profound damage to his life and to those he has hurt; he has accepted responsibility for his actions.  In trying to understand the impact of what has happened and how to support Tom - we now realize Tom needs help and therapeutic counseling.

We ask the court to help Tom with specialized services for his treatment and rehabilitation in a safe place during his incarceration, so that when his sentence is completed, he will be equipped to go forward with his life and make amends.

Sincerely,

Robert and Sally O'Neill

# Exhibit 3-I
## Letter from Susan Tilson and Todd Thurston

August 29, 2019

The Honorable John D. Bates
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Honorable Judge Bates,

I am writing on behalf of Thomas Moir, who is scheduled for a sentencing hearing in your court in October of this year.

My husband, Todd Thurston, and I have known Tom for nearly ten years. My twin sister is the mother of his wife, Molly O'Neill. My husband and I are current and former professional actors who have lived in New York City for 40 years. We have a 22-year-old daughter who also wishes to be an actor, and who is presently living in London.

The shock and disbelief that Tom committed this crime has been devastating for the entire family. It has been so painful to know that is he in jail, and that he will serve further time for his actions.

This is not the Tom Moir we have known. The Tom we know is kind, with a sharp intellect and unquestionable ethics. My husband, daughter, and I first met Tom about 10 years ago when he visited our home in New York City for lunch, along with my twin sister's family. I was impressed with him right away because, unlike the others present that day, he knew the Greek lasagne I was making was called Patitsio, and that he could pronounce it better than I could. Through our conversation I found out that he had spent a college semester studying abroad in Athens, Greece. Right away I thought to myself, this guy is great, a lawyer as well as a world traveler.

I admired him for his station in life, an attorney for the Washington, D.C. City Council, and then Chief of Legal staff for the Mayor of Washington, D.C.

I was thrilled when he and Molly got married, and of course we attended their beautiful wedding in Baltimore, met his lovely parents and friends, and where I clearly recall one of his friends calling him "wicked smart" during a toast.

Our families have vacationed many times together, at beach houses, mountain houses, and just last summer at a villa on the Amalfi Coast in Positano, Italy. During these gatherings Tom has always been warm, polite, and generous, with a dry sense of humor and a quick wit. He's not a loud person, but rather more contemplative and thoughtful. He and Molly would spend nearly every night on that Italian terrace playing Bananagrams, a word game which he would nearly always win. One night, after a long day of sightseeing when everyone else was too tired to go out for dinner, he and Molly went out, climbed all those Positano stairs again, and generously bought and carried back five large pizzas, a gesture which was not at all unusual for him.

They've also hosted several Thanksgiving dinners, to which everyone in the family wished to be invited, as Tom is a gourmet cook.

Their house was filled with Tom's books, hundreds of them, and he's read them all.

They have a son, four-year-old ████ I've observed Tom be a wonderful father to his child, patient, caring, and reading to him incessantly. Because of Molly's early morning work schedule, Tom would nearly always be the one who would get ████ up in the morning, make him breakfast, get him dressed, and take him to daycare. Tom also spent countless days in effect as a "single dad", due to Molly's work-related travels to Asia and Europe for sometimes two weeks at a time. For this reason ████ is very close to his daddy, and Tom's incarceration has been deeply traumatic for him.

His fall from grace has been extremely painful for everyone, Tom included. He has written us to apologize for the pain he has caused. He says he wants to get his life back on track to the highest degree possible. He wants to be a positive and supportive part of his parents' and ████ s lives, as well as to Molly's, to whatever extent she's comfortable.

Your Honor, I don't know why he did this horrible crime, but I believe he needs help and rehabilitation. I recently saw the Off-Broadway play "Accidentally Brave", a one woman show performed by an actress whose husband, a television producer, pled guilty to essentially the same crime as Tom. It was eye opening for me, because she described almost verbatim what Molly has gone through. I also learned that pornography is an addiction, and as such, is treatable.

I want to believe Tom can come out of this whole, apologize to his victims, seek redemption, and re-enter society with the support of his family. His son needs a father. Tom still has so much to offer, he's not a throwaway person. We hope he will be safe in prison.

My husband has read this letter, concurs 100% with my feelings, and so has unreservedly attached his name below.

We thank Your Honor for your attention to this letter.

Sincerely,

*Susan Tilson*
*Todd Thurston*

Susan Tilson
Todd Thurston

# Exhibit 3-J
## Letter from Molly O'Neill Moir

29 August 2019

Molly O'Neill Moir



The Honorable John D. Bates
United State District Court
District of District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Honorable Judge Bates,

My name is Molly O'Neill Moir and I am Tom Moir's wife. I moved to Washington, DC in May
2007, met Tom in September 2009, married him in December 2013, and had our son, ████, in
June 2015.

On January 16, 2019 a search warrant was executed in our home, in front of our four-year-old
son, and our lives were upended. The last 200+ days have been the most heartbreaking of my
life. Every day I mourn the loss of the life, family, and home that Tom and I built and I also help
my son mourn the sudden loss of his father. I was living in Washington, DC up until July 2019
when I made the difficult decision to leave the life I'd built for the last 12 years to move to
Boise, Idaho to be closer to my family to help me raise my son.

Tom is a scholar, a believer in logic and reason, a nature lover, well-read, and patient. While
Tom has exceled in many areas in his life, I saw his highest achievements in his role as a father.
Tom truly loved his time with ████ – reading together, going on walks, biking to school
together, and learning about nature. Even now, while Tom is in jail, he writes to ████ almost
every week to tell him about nature and life and sends him drawings. While Tom regrets his
actions and knows the devastation he has caused, I believe that being away from his son, in
these such formative years, is one of the worst outcomes of this situation.

Tom has a sincere understanding that his actions were immoral, wrong, and illegal. As
shattered as I was that Tom had engaged in behavior that was completely out of character for
the man I knew him to be, the one who I believe was more surprised than me was Tom himself.

Tom is sick but can be rehabilitated. I respectfully ask that he be sentenced to a facility that has
a sex offender management program. I believe that Tom would engage fully in a rehabilitation
program and would use his time to build skills to better prepare him for release.

I have known Tom for a decade and believe his wrongful actions represent an aberration that he will never repeat.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.


Sincerely,

Molly O'Neill Moir