**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 1:19-cr-00211-JDB-1 |
| THOMAS MOIR, | ) |
| Defendant, | ) |

**JOINT RESPONSE TO QUESTIONS OF THE COURT**
**IN ADVANCE OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Thomas Moir, through undersigned counsel, respectfully submit this joint response to the Court's questions posed in its Minute Order of October 11, 2019, regarding the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.

In response to the Court's first question, "did any of the defendant's conduct occur after December 7, 2018, such that the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-200, 132 Stat. 4383, would apply," the parties submit that Mr. Moir possessed child pornography after December 7, 2018, and before the execution of the search warrant on January 16, 2019. However, there is no evidence that Mr. Moir distributed child pornography after December 7, 2018. In response to the Court's remaining questions, the parties submit that the FBI submitted all images in question (including those related to conduct prior to December 7, 2018) to the National Center for Missing and Exploited Children and that, of the victims identified, notice was given, but none of the identified victims have made

restitution requests. Thus, the parties' answers to the Court's questions (2) to (5) is that they are not applicable, as the government is not at this time seeking an order of restitution under the Act.

Dated:  October 15, 2019            Respectfully submitted,

By */s/ Emily Voshell*

Emily Voshell (D.D.C. Bar No. 1029403)
Jonathan Jeffress (D.D.C. Bar No. 479074)
**KaiserDillon PLLC**
1099 14th St. NW, 8th Floor West
Washington, D.C. 20005
Phone: (202) 683-6150
Fax: (202) 280-1034
evoshell@kaiserdillon.com
jjeffress@kaiserdillon.com

*Attorneys for Defendant
Thomas Moir*

By */s/ Andrea Hertzfeld*
Andrea Hertzfeld
Assistant United States Attorney
D.D.C. Bar No. 494059
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7808

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2019, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated:  October 15, 2019               */s/ Andrea Hertzfeld*
                                       Andrea Hertzfeld